## DOLLAR v. TOWN OF CARY

No. 584PA01

Case below: Court of Appeals (COAP01-740)

Motion by plaintiff for shortened response time by respondent allowed 18 October 2001. Motion by plaintiff for expedited consideration and determination allowed 18 October 2001. Petition by plaintiff for writ of certiorari to review the order of the North Carolina Court of Appeals is allowed 22 October 2001 for the limited purposes of (1) dissolving the writ of supersedeas issued by the Court of Appeals and (2) lifting the Court of Appeals' stay of the preliminary injunction entered by Judge Donald W. Stephens on 6 September 2001.

## DURHAM VIDEO & NEWS, INC. v. DURHAM BD. OF ADJUST.

No. 486P01

Case below: 144 N.C. App. 236

Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 8 November 2001. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

## FISHER v. FISHER

No. 551P01

Case below: 145 N.C. App. 715

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

## IN RE APPEAL OF OWENS

No. 406P01

Case below: 144 N.C. App. 349

Notice of appeal by petitioners pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 8 November 2001. Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.